Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. George O. KNAPP, Respondent.

No. 308.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Carolyn E. Agger, of Washington, D. C., Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Lee A. Jackson, Sp. Assts. to Atty. Gen., for petitioner.

Farnsworth L. Jennings, of New York City (Kenneth H. Hannan and Albert J. Snook, both of New York City, of counsel), for respondent.

Before L. HAND, SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order, 40 B.T.A. 1145, reversed on the authority of Helvering v. Eubank, 311 U.

S. 122, 61 S.Ct. 149, 85 L.Ed. 81, and Helvering v. Horst, 311 U.S. 112, 61 S.Ct. 144, 85 L.Ed. 75, 131 A.L.R. 655.